**Shaun Darnell GARLAND, Plaintiff–Appellant,**

v.

**A.K. SKRIBNER; et al., Defendants–Appellees.**

No. 09–15079.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 22, 2010.*

Filed Oct. 5, 2010.

Shaun Darnell Garland, Calipatria, CA, pro se.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

The district court properly dismissed Shaun Darnell Garland's ("Garland") claims against defendant Lewis, without

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

prejudice, so that Garland could re-file them in the proper venue. *See* 28 U.S.C. § 1391(b) ("A civil action ... may ... be brought only in ... a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated ..."); *see also* Fed.R.Civ.P. 21 (permitting the court, on just terms, to drop a party).

Contrary to Garland's contention, the district court did not err by denying his motion to transfer him from state to federal custody because he had already been transferred to a different state prison. *See Dilley v. Gunn,* 64 F.3d 1365, 1368 (9th Cir.1995).

Garland's remaining contentions are unpersuasive.

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.